UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                              Case No. 15–30597
                                                   Chapter 13
Danita Glover

    Debtor

## ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS
## CONDITIONAL ORDER DISMISSING CASE

The court's records reflect that the debtor owes the court for unpaid filing fees from a previous case [04–80828]. As a result, the court will not approve the payment of fees in installments in this, the current case. Therefore, it is

ORDERED that the application is DENIED. It is

FURTHER ORDERED that this case is DISMISSED effective May 11, 2015 unless prior to the effective date the debtor pays the required filing fees in full.

Dated: March 9, 2015

                                                      /s/ Dwight H. Williams Jr.
                                                     United States Bankruptcy Judge

c: Debtor
   Attorney for Debtor
   Trustee
   Financial Administrator, Middle District of Alabama